Christyne M. Martens, WSB # 7-5044
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
christyne.martens@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 DEC -5  PM 2: 05

MARGARET BOTKINS, CLERK
CASPER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

Case No. 19-MJ-103-ABJ

**ALLISSON MAR BEBIANO,**

Defendant.

---

## MOTION FOR DETENTION HEARING

---

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.      Eligibility of Case.  This case is eligible for a detention order because the case involves the following:

**Serious risk Defendant will flee**

2.      Reason for Detention.  The court should detain the Defendant because there are no conditions of release which will reasonably assure:

**Defendant's appearance as required**

3.      Rebuttable Presumption.   The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4.      Time for Detention Hearing.   The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 5th day of December, 2019.

MARK A. KLAASSEN
United States Attorney

By: _____
CHRISTYNE M. MARTENS
Assistant United States Attorney